## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA, ex rel.
ADAM DALE PEARSON,

        Plaintiff,

    v.

MD LIVE, INC., et al.,

        Defendants.

CIVIL ACTION NO.: 4:21-cv-161

### O R D E R

The United States of America (hereinafter, "the Government") recently filed a notice of election to decline intervention in the above-captioned *qui tam* action, pursuant to 31 U.S.C. §§ 3730(b)(3) and (4) of the False Claims Act ("FCA").  (Doc. 6.)  Two days after the Government filed its notice of election, Relator Adam Dale Pearson filed a Notice of Dismissal Without Prejudice, citing Federal Rule of Civil Procedure 41(a)(1)(A)(i), as no opposing party has served an answer or motion for summary judgment.[1]  (Doc. 8.)  Accordingly, this case is **DISMISSED WITHOUT PREJUDICE** and the Court **DIRECTS** the Clerk of Court to **UNSEAL** Relator's

---

[1] In a proposed order submitted in conjunction with its recently-granted Motion to Lift Seal, the Government indicated that it "has already consented" to voluntary dismissal without prejudice by the Relator.  (Doc. 7-1, p. 2.)

Notice of Dismissal Without Prejudice,[2] (id.), **TERMINATE** all pending motions, (docs. 8, 12),

and **CLOSE** this case.

   **SO ORDERED**, this 28th day of June, 2022.

                     _____

                     R. STAN BAKER
                     UNITED STATES DISTRICT JUDGE
                     SOUTHERN DISTRICT OF GEORGIA

---

[2] Relator's Notice of Dismissal was filed after the Government filed its Motion to Unseal case, in which the Government requested that the seal be lifted as to "all subsequent filings in this case." (Doc. 7., p. 1.) The Motion to Unseal was recently granted by the Court. (Doc. 9.) Additionally, the United States and the Relator have filed a Joint Motion to Lift Seal on the Notice of Dismissal, (doc. 12), indicating they agree it should be unsealed.